IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALONIA ANDERSON PERKINS,
Reg. No. 64305–037

    Petitioner,

v.                                                                    4:22cv365–WS/MAL

DONALD J. TRUMP, et al.,

    Respondents.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed December 15, 2022. The magistrate judge recommends that Plaintiff's case be dismissed without prejudice for failure to prosecute and failure to comply with a court order. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is adopted and incorporated by reference in this order of the court.

2. This case is hereby DISMISSED without prejudice for failure to prosecute and failure to comply with a court order.

3. Petitioner's motion (ECF No. 3) for preliminary injunction is DENIED.

4. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

5. The clerk shall close the case.

DONE AND ORDERED this __17th__ day of __January__, 2023.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE